# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**REGINALD FARRIOR,**

   *Petitioner*,

v.                                Case No.: 4:21cv181-MW/MAF

**STATE OF FLORIDA,**

   *Respondent.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 3, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **TRANSFERRED** to the United States District Court for the Middle District of Florida, Tampa Division." The Clerk shall take all necessary steps to effect the

transfer and close the file.

    **SO ORDERED on June 14, 2021.**

<u>s/Mark E. Walker</u><br>
**Chief United States District Judge**